### JONAS MAPLES v. CHAS. MACNELLY.

Decided December 3, 1910.

Justice Court—Jurisdiction—Appeal.

A Court of Civil Appeals has no jurisdiction of an appeal from a County Court when the cause of action was an account for more than $200 and the suit originated in a Justice Court.

Appeal from the County Court of Parker County.   Tried below before Hon. F. O. McKinzey.

*John L. Poulter,* for appellant.

*T. F. Temple* and *Stennis & Wilson,* for appellee.

SPEER, ASSOCIATE JUSTICE.—This appeal must be disposed of on appellant's motion to reverse and dismiss the cause.   The suit originated in a Justice's Court and, as we construe the pleadings, was to recover the total amount of a lengthy account aggregating two hundred and fifty-one dollars.   This is in excess of the jurisdiction of the Justice's Court; that court having no jurisdiction, the County Court acquired none on appeal.

The judgment of the County Court is therefore reversed and judgment here rendered dismissing appellee's cause of action.

*Reversed and dismissed.*